# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341 Telephone
(856) 757-5273 Facsimile

August 19, 2019

Honorable Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08102

Re: <u>United States v. James Thiel</u>
Mg. No. 19-1069 (AMD)

Dear Judge Donio:

    James Thiel was scheduled for a bail hearing tomorrow morning at 11 before your honor. It has come to my attention that Mr. Thiel has been charged with multiple 1st and 2nd degree felonies out of Gloucester County and a detainer has been lodged at the FDC Philadelphia. Because at this time even if federal bail was granted, Mr. Thiel would be transferred immediately into state custody. Therefore, I am requesting adjournment of tomorrow's hearing.

Respectfully,

Tom Young, AFD

cc: Matthew Skahill, Deputy U.S. Attorney for Southern Vicinages
     Acheme Amali, U.S. Pretrial Services Officer