IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES THIEL | Case No. 19-mj-1069 (AMD) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing having been scheduled for August 20, 2019, and defense counsel having requested an adjournment [D.I. 11]; and for good cause shown:

IT IS on this 20th day of August 2019,

**ORDERED** that a detention hearing in this case is scheduled as follows:

(a) **Place:  Mitchell H. Cohen U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey;**

(b) **Courtroom 3C;**

(c) **Date and Time: August 30, 2019 at 2:00 P.M.**

**IT IS ORDERED:**  Pending the hearing and further Order of the Court, the Defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the Defendant to the hearing at the time, date and place set forth above.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE